1

MICHAEL BAILEY
United States Attorney
District of Arizona

2

WILLIAM G. VOIT

3

Arizona State Bar No. 025808
Email: William.Voit@usdoj.gov

4

SHARON K. SEXTON
Arizona State Bar No. 012359

5

Email: Sharon.Sexton@usdoj.gov
Assistant U.S. Attorneys

6

Two Renaissance Square
40 N. Central Ave., Suite 1800

7

Phoenix, Arizona 85004
Telephone: 602-514-7500

8

*Attorneys for Plaintiff*

FILED ✓    LODGED
RECEIVED    COPY

NOV 0 5 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE DISTRICT OF ARIZONA

11

United States of America,

No.   CR-19-08252-PCT-MTL (DMF)

12

Plaintiff,

13

**INDICTMENT**

vs.

14

VIO:   18 U.S.C. §§ 1153 and 1201
(CIR:  Kidnapping)
Count 1

15

Sito Aeroplan Nalwood,

16

Defendant.

18 U.S.C. §§ 1153 and 113(a)(7)
(CIR:  Domestic Assault Resulting
in Substantial Bodily Injury)
Count 2

17

18

18 U.S.C. §§ 1153 and 113(a)(8)
(CIR:  Domestic Assault by
Strangling)
Count 3

19

20

21

THE GRAND JURY CHARGES:

22

At all times material to this indictment, within the District of Arizona and elsewhere:

23

**<u>COUNT ONE</u>**

24

On or about July 7, 2017, in the District of Arizona, within the confines of the

25

Navajo Nation Indian Reservation, Indian Country, defendant SITO AEROPLAN

26

NALWOOD, an Indian, did unlawfully seize, confine, kidnap, abduct, carry away, and

27

hold for ransom or reward or otherwise the victim, D.T.

28

In violation of Title 18, United States Code, Sections 1153 and 1201.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COUNT TWO**

On or about July 7, 2017, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant SITO AEROPLAN NALWOOD, an Indian, did intentionally, knowingly and recklessly assault the victim, D.T., who was a spouse, intimate partner and a dating partner, resulting in substantial bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(7).

**COUNT THREE**

On or about July 7, 2017, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, defendant SITO AEROPLAN NALWOOD, an Indian, did intentionally, knowingly and recklessly assault the victim, D.T., who was a spouse, intimate partner and a dating partner, by strangling her and attempting to strangle her.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(8).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date:  November 5, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona


/S/
WILLIAM G. VOIT
SHARON K. SEXTON
Assistant U.S. Attorneys

- 2 -